# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

CALVIN J. COOKS AND LASHANA COOKS, INDIVIDUALLY AND ON BEHALF OF THEIR MINOR CHILDREN, R.W., J.W., C.C., AND D.C.

VERSUS

VARICK TAYLOR, SR., INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS A THIBODAUX CITY COUNCILMAN, VARICK TAYLOR, JR., INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS A THIBODAUX POLICE OFFICER, TOMMY ESCHETE, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS MAYOR OF THIBODAUX, JAMEY FONTENOT, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS A THIBODAUX POLICE OFFICER AND AS CHIEF OF ST. JOHN VOLUNTEER FIRE DEPARTMENT, RICKY ROSS, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS THIBODAUX POLICE OFFICER, SCOTT SILVERII, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS CHIEF OF THE THIBODAUX POLICE, SHONTELL CLARK, AA DOE TIRE SLASHER, BB DOE, AND CC DOE

SEP 3 0 2019

---

In Re: Tommy Eschete and Scott Silverii, applying for supervisory writs, 17th Judicial District Court, Parish of Lafourche, No. 121812.

---

BEFORE: McDONALD, THERIOT, AND CHUTZ, JJ.

**WRIT GRANTED IN PART AND DENIED IN PART.** The trial court abused its discretion in refusing to admit the affidavit of Tommy Eschete attached to the Motion for Summary Judgment of Tommy Eschete and Scott Silverii as Exhibit F, where the plaintiff made no written objection to this affidavit. La. Code Civ. P. art. 966(D)(2). The trial court abused its discretion in refusing to admit the affidavit of Scott Silverii attached to the Motion for Summary Judgment as Exhibit G, where the statements contained therein are not offered herein for the truth of the matter asserted. The trial court abused its discretion in refusing to admit Paragraphs 1 - 4 of the affidavit of Ricky Ross attached to the Motion for Summary Judgment as Exhibit H and the statement of Brandy Williams attached to Ricky Ross's affidavit as RR#1, where Ricky Ross took and had personal knowledge of the statement of Brandy Williams which is not offered herein for the truth of the matter asserted. The trial court abused its discretion in refusing to admit the affidavit of Bradley Trosclair attached to the Motion for Summary Judgment as Exhibit I and Investigative Report, CID 069-11 attached to Bradley Trosclair's affidavit as BT#1, where Bradley Trosclair prepared and has personal knowledge of the report which is not offered herein for the truth of the matter asserted. The trial court abused its discretion in admitting the evidence attached to the opposition to the Motion for

Summary Judgment of Calvin Cooks as Exhibit G, where the unauthenticated documents do not fall within the exclusive list of documents that may be filed with a motion for summary judgment, as set forth in La. Code Civ. P. art. 966(A)(4).

Accordingly, the trial court's judgment, refusing to admit into evidence Exhibits F, G, H, and I to the Motion for Summary Judgment and admitting into evidence Exhibit G to the opposition to the Motion for Summary Judgment, is reversed. Exhibits F, G, H, and I to the Motion for Summary Judgment are admitted for purposes of this Motion for Summary Judgment, and Exhibit G to the opposition to the Motion for Summary Judgment is not admitted for purposes of this Motion for Summary Judgment. In all other respects, the writ is denied, and the trial court's judgment rendered in open court on March 20, 2019 and signed on March 22, 2019 denying the Motion for Summary Judgment filed by Tommy Eschete and Scott Silverii is maintained.

**JMM**
**MRT**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT